ment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Rich, and Putnam, JJ., concur. Thomas J., not voting.

SAMUEL STORES, respt., v. POPULAR OUTFITTING CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion for reargument denied, with $10 costs.

Samuel STORES, respt., v. POPULAR OUTFITTING CO., Inc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, and order of modification and affirmance entered July 6, 1916, amended, so as to retain the provision awarding costs to plaintiff in the trial court.

In the Matter of Addison S. SANBORN, an ATTORNEY. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Matter referred to Hon. William D. Dickey, as official referee, to take proof in the matters raised by the petition herein, and report to this court, with his opinion. Putnam, J., not voting.

Norma F. SCHAFUSS, Respt., v. Farron S. BETTS and another, Applts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment (94 Misc. Rep. 463, 157 N. Y. Supp. 608) affirmed, with costs. No opinion. Order filed.

In the matter of proving the last will and testament of Albert SCHARF, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Hyman SCHECTER v. FIDELITY & DEPOSIT CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

Jacob SCHELLING, appellant, v. Thomas A. MARKEY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

Charles SCHMITT and Others, Respondents, v. Anna M. FERRIER, Appellant, Impleaded with Another. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment affirmed, with costs. All concur.

Rose M. SCHNUER, appellant, v. SCHLEGEL REALTY COMPANY, Inc., and Hugo Langerfeld, respondents. (Supreme Court, Appellate Division. Second Department. October 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Henry E. SCHWAB, respondent, v. Nellie J. SCHWAB, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, on condition that appellant perfect the appeal, place the case on the September calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Henry E. SCHWAB, respondent, v. Nellie SCHWAB, appellant, and another. (Action No. 4.) (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, on condition that appellants perfect the appeal, place the case on the September calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Max SCHWARTZ v. Santiago P. CAHILL. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 13th.

Charles H. SCOTT, respondent, v. Ferdinand WITT, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order of the County Court of Westchester County unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Edward Tracy SCOVILL and Another, as Executors, etc., of John Hyland, Deceased. Margaret E. CLARK, Claimant, Respondent, v. ESTATE OF JOHN HYLAND, Deceased, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

Preston B. SEAMAN, appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

In the Matter of the Application of James O. SEBRING and Warren J. Chency, for an order determining and enforcing their lien upon funds in the hands of William W. Masterman, as treasurer of Steuben County, etc. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion to dismiss appeal granted, unless appellants shall file and serve printed papers by November 4th and be ready to argue appeal at opening of November, 1916, term.

Rose SECKLER, plaintiff, v. Charles H. GREENFIELD, defendant, Anna Tesbell, respondent, and Charles McMahon Smith, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order modified, so as to direct the receiver to pay over to the city chamberlain, to the credit of this action, the funds still remaining in his hands, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

SECURITY TRUST COMPANY OF ROCHESTER, as Executor, etc., v. BANK OF NIAGARA and Another. (Supreme Court, Appellate Division, Fourth Department. De-